# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVEUX CORP., | Case No. 1:25-cv-00365-KES-SKO |
| Plaintiff, | **ORDER MODIFYING SCHEDULING ORDER** |
| vs. | (Docs. 21, 24) |
| KELSEY GIDEON, | |
| Defendant. | |
| _____/ | |

Having considered the parties' "Joint Stipulation for Extension of Time of Claim Construction Proceedings," (Doc. 24), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the August 13, 2025 Scheduling Order, (Doc. 21), are **VACATED** and **CONTINUED** according to the revised schedule below. All other dates remain **SET** as previously ordered.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Exchange of Preliminary Claim Constructions | November 18, 2025 | February 18, 2026 |
| Amendment to Pleadings | November 23, 2025 | February 23, 2026 |
| Joint Claim Construction and Prehearing Statement | December 12, 2025 | March 12, 2026 |
| Completion of Claim Construction Discovery | December 29, 2025 | March 30, 2026 |
| Plaintiff's Opening Claim Construction Brief Filing Deadline | January 16, 2026 | April 16, 2026 |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Defendant's Responsive Claim Construction Brief Filing Deadline | February 13, 2026 | May 14, 2026 |
| Plaintiff's Reply Claim Construction Brief Filing Deadline | February 27, 2026 | May 28, 2026 |
| Claim Construction Hearing | April 20, 2026 | July 20, 2026 |

IT IS SO ORDERED.

Dated:   **December 11, 2025**              /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

2