# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHEVEUX CORP., | Case No. 1:25-cv-00365-KES-SKO |
| Plaintiff, | **ORDER MODIFYING SCHEDULING ORDER** |
| vs. | (Docs. 21, 25, 26) |
| KELSEY GIDEON, | |
| Defendant. | |
| _____/ | |

Having considered the parties' "Second Joint Stipulation for Extension of Time of Claim Construction Proceedings," (Doc. 26), and good cause appearing,

It is hereby **ORDERED** that the following dates set forth in the August 13, 2025, and December 11, 2025, Scheduling Orders, (Docs. 21, 25), are **VACATED** and **CONTINUED** according to the revised schedule below.  All other dates remain **SET** as previously ordered.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Exchange of Preliminary Claim Constructions | February 18, 2026 | March 18, 2026 |
| Amendment to Pleadings | February 23, 2026 | March 25, 2026 |
| Joint Claim Construction and Prehearing Statement | March 12, 2026 | April 13, 2026 |
| Completion of Claim Construction Discovery | March 30, 2026 | April 30, 2026 |
| Plaintiff's Opening Claim Construction | April 16, 2026 | May 18, 2026 |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Brief Filing Deadline | | |
| Defendant's Responsive Claim Construction Brief Filing Deadline | May 14, 2026 | June 15, 2026 |
| Plaintiff's Reply Claim Construction Brief Filing Deadline | May 28, 2026 | June 29, 2026 |
| Claim Construction Hearing | July 20, 2026 | July 20, 2026 |

IT IS SO ORDERED.

Dated:   **March 13, 2026**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

2