# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHEVEUX CORP.,

              Plaintiff,

    vs.

KELSEY GIDEON,

              Defendant.

_____/

Case No. 1:25-cv-00365-KES-SKO

**ORDER MODIFYING SCHEDULING ORDER**

(Docs. 21, 25, 26, 27, 28)

Having considered the parties' "Third Joint Stipulation for Extension of Time of Claim Construction Proceedings," (Doc. 28), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the August 13, 2025, December 11, 2025, and March 16, 2026 Scheduling Orders, (Docs. 21, 25, 27), are **VACATED** and **CONTINUED** *nunc pro tunc* according to the following revised schedule:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Exchange of Preliminary Claim Constructions | March 18, 2026 | April 18, 2026 |
| Joint Claim Construction and Prehearing Statement | April 13, 2026 | May 13, 2026 |
| Completion of Claim Construction Discovery | April 30, 2026 | May 30, 2026 |
| Plaintiff's Opening Claim Construction Brief Filing Deadline | May 18, 2026 | June 18, 2026 |

| Event | Current Deadline | New Deadline |
|---|---|---|
| Defendant's Responsive Claim Construction Brief Filing Deadline | June 15, 2026 | July 15, 2026 |
| Plaintiff's Reply Claim Construction Brief Filing Deadline | June 29, 2026 | July 29, 2026 |
| Claim Construction Hearing | July 20, 2026 | September 7, 2026 |

All other dates remain **SET** as previously ordered.

IT IS SO ORDERED.

Dated:   **April 15, 2026**                              /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE

2