# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CHEVEUX CORP.,

               Plaintiff,

   v.

KELSEY GIDEON,

               Defendant.

Case No.  1:25-cv-00365-KES-EGC

**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**

(Doc. 30)

On May 2, 2026, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 30).  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **May 5, 2026**

_____
UNITED STATES MAGISTRATE JUDGE